[No. 9068–0–III. Division Three. August 1, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALLEN WADDLE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 87–1–00665–0, Bruce P. Hanson, J., entered December 21, 1987. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Munson, J.

[No. 9442–1–III. Division Three. August 1, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO R. AYALA, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 88–1–00048–4, Gordon Swyter, J., entered June 27, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Green, J.

[No. 12286–3–II. Division Two. August 1, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN A. STEVENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 88–1–00030–1, James B. Sawyer II, J., entered May 23, 1988. *Remanded* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.